**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TOBIAS MOELLER-BERTRAM, individually, and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GEMINI TRUST COMPANY, LLC; and DIGITAL CURRENCY GROUP, INC.,<br><br>*Defendants*. | Case No. _____<br><br>[Index No. 151710/2023 in the New York State Supreme Court for New York County] |

## **DIGITAL CURRENCY GROUP, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Digital Currency Group, Inc. ("DCG") states that this party is a non-governmental corporate party and that:

1. DCG has no parent corporation; and

2. No publicly held corporations own 10% or more of DCG's stock.

Dated: March 9, 2023       Respectfully Submitted,
      New York, New York

                                              */s/ Jonathan D. Polkes*
                                              Jonathan D. Polkes
                                              Caroline Hickey Zalka
                                              Jessica L. Falk
                                              Nicole E. Prunetti
                                              Dylan L. Ruffi

                                              WEIL, GOTSHAL & MANGES LLP
                                              767 Fifth Avenue
                                              New York, NY 10153-0119
                                              Telephone: (212) 310-8000
                                              Facsimile: (212) 310-8007
                                              jonathan.polkes@weil.com
                                              caroline.zalka@weil.com
                                              jessica.falk@weil.com
                                              nicole.prunetti@weil.com
                                              dylan.ruffi@weil.com

                                              *Attorneys for Defendants Digital Currency Group, Inc.*