UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOBIAS MOELLER-BERTRAM, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　　*Plaintiff*,<br><br>　　v.<br><br>GEMINI TRUST COMPANY, LLC; and DIGITAL CURRENCY GROUP, INC.,<br><br>　　　　　　　　*Defendants*. | Case No. _____<br><br>[Index No. 151710/2023 in the New York State Supreme Court for New York County] |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Caroline Hickey Zalka of the law firm Weil, Gotshal & Manges LLP, hereby enters her appearance as counsel for Defendant Digital Currency Group, Inc. in the above-captioned action and respectfully requests that all subsequent papers be served upon this firm at the address indicated below.

Dated: March 9, 2023
　　　　New York, New York

Respectfully Submitted,

*/s/ Caroline Hickey Zalka*
Caroline Hickey Zalka
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: caroline.zalka@weil.com

*Attorney for Defendant Digital Currency Group, Inc.*