UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOBIAS MOELLER-BERTRAM, individually, and on behalf of all others similarly situated,<br><br>                *Plaintiff*,<br><br>v.<br><br>GEMINI TRUST COMPANY, LLC; and DIGITAL CURRENCY GROUP, INC.,<br><br>                *Defendants*. | Case No. _____<br><br><br><br>[Index No. 151710/2023 in the New York State Supreme Court for New York County] |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Dylan L. Ruffi of the law firm Weil, Gotshal & Manges LLP, hereby enters his appearance as counsel for Defendant Digital Currency Group, Inc. in the above-captioned action and respectfully requests that all subsequent papers be served upon this firm at the address indicated below.

Dated:   March 9, 2023
          New York, New York

                                                        Respectfully Submitted,

                                                        */s/ Dylan L. Ruffi*_____
                                                        Dylan L. Ruffi
                                                        WEIL, GOTSHAL & MANGES LLP
                                                        767 Fifth Avenue
                                                        New York, NY 10153
                                                        Telephone: (212) 310-8000
                                                        Facsimile: (212) 310-8007
                                                        Email: dylan.ruffi@weil.com

                                                        *Attorney for Defendant Digital Currency Group, Inc.*