UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOBIAS MOELLER-BERTRAM, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiff,*<br><br>v.<br><br>GEMINI TRUST COMPANY, LLC, and DIGITAL CURRENCY GROUP, INC.,<br><br>*Defendants.* | No. 23-cv-2027<br><br>Hon. Lewis J. Liman |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John F. Baughman of JFB Legal, PLLC hereby appears as attorney of record for Defendant Gemini Trust Company, LLC, in this matter and requests that copies of all papers in this action be served upon him.

Dated: New York, New York
      March 16, 2023

 

JFB LEGAL, PLLC

By /s/ John F. Baughman

John F. Baughman
299 Broadway – Suite 1816
New York, NY 10007
(212) 548-3212

*Attorneys for Gemini Trust Company, LLC*