UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOBIAS MOELLER-BERTRAM, Individually and On Behalf of All Others Similarly Situated,<br><br>                                                      *Plaintiff,*<br><br>                    v.<br><br>GEMINI TRUST COMPANY, LLC, and DIGITAL CURRENCY GROUP, INC.,<br><br>                                                      *Defendants.* | No. 23-cv-2027<br><br>Hon. Lewis J. Liman |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Maryia Y. Jones of JFB Legal, PLLC hereby appears as attorney of record for Defendant Gemini Trust Company, LLC, in this matter and requests that copies of all papers in this action be served upon her.

Dated: New York, New York
          March 16, 2023

JFB Legal, PLLC

By /s/ Maryia Y. Jones

   Maryia Y. Jones
   299 Broadway – Suite 1816
   New York, NY 10007
   (212) 548-3212

   *Attorneys for Gemini Trust Company, LLC*