UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOBIAS MOELLER-BERTRAM, Individually and On Behalf of All Others Similarly Situated,<br><br>          *Plaintiff,*<br><br>      v.<br><br>GEMINI TRUST COMPANY, LLC, and DIGITAL CURRENCY GROUP, INC.,<br><br>          *Defendants.* | No. 23-cv-2027<br><br>Hon. Lewis J. Liman |

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Gemini Trust Company, LLC ("Defendant," a private non-governmental party), certifies that Defendant is majority-owned by Gemini Spaceship, LLC ("Spaceship"). Spaceship is majority-owned by Gemini Space Station, LLC, which in turn is majority-owned by Winklevoss Capital Fund, LLC.  No public corporation holds 10% or more of the equity of any such disclosed entity.

Dated: New York, New York
   March 16, 2023

                JFB LEGAL, PLLC

                By /s/ John F. Baughman

                  John F. Baughman
                  Maryia Y. Jones
                  299 Broadway – Suite 1816
                  New York, NY 10007
                  (212) 548-3212

                *Attorneys for Gemini Trust Company, LLC*