UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOBIAS MOELLER-BERTRAM, Individually and On Behalf of All Others Similarly Situated,<br><br>                                  *Plaintiff,*<br><br>v.<br><br>GEMINI TRUST COMPANY, LLC, and DIGITAL CURRENCY GROUP, INC.,<br><br>                                  *Defendants.* | No. 23-cv-2027<br><br>Hon. Lewis J. Liman |

## NOTICE OF MOTION TO COMPEL ARBITRATION

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and the Declaration of Travis Freeman, dated March 15, 2023, with exhibits, Defendant Gemini Trust Company, LLC, by counsel, will move the United States District Court, Southern District of New York, at such time and place as the Court designates, before the Honorable Lewis J. Liman, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15C, New York, NY 10007, for an order compelling Plaintiff Tobias Moeller-Bertram to arbitrate his claims against Defendant, and for any further relief that the Court may deem just and proper.

Dated: New York, New York
         March 16, 2023

                                                              JFB LEGAL, PLLC

                                                              By /s/ John F. Baughman

                                                                    John F. Baughman
                                                                    Maryia Y. Jones
                                                                    299 Broadway – Suite 1816
                                                                    New York, NY 10007
                                                                    (212) 548-3212

                                                              *Attorneys for Gemini Trust Company, LLC*