# EXHIBIT B

FILED: NEW YORK COUNTY CLERK 12/03/2021 03:46 PM                INDEX NO. 652075/2021
NYSCEF DOC. NO. 21         Case 1:23-cv-02027-LJL   Document 15-2   Filed 03/16/23   Page 2 of 3      RECEIVED NYSCEF: 11/19/2021

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

| PRESENT: | HON. LAURENCE LOVE | PART | 63M |
|---|---|---|---|
| | *Justice* | | |

-----------------------------------------------------------------X

FRANTZ CICERON

                              Plaintiff,

                              - v -

GEMINI TRUST COMPANY, LLC.,

                              Defendant.

-----------------------------------------------------------------X

| INDEX NO. | 652075/2021 |
|---|---|
| MOTION DATE | 11/12/2021 |
| MOTION SEQ. NO. | 001 |

**DECISION + ORDER ON MOTION**

The following e-filed documents, listed by NYSCEF document number (Motion 001) 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20

were read on this motion to/for       COMPEL ARBITRATION       .

Upon the foregoing documents, the instant motion is decided as follows:

      Plaintiff commenced the instant action by filing a summons and complaint on March 29, 2021, alleging that defendant caused damages to plaintiff when they allegedly maliciously froze his cryptocurrency accounts on two occasions. On July 14, 2021, defendant interposed an answer and now moves to say the instant action and compel plaintiff to arbitrate his claims.

      In support of the instant motion, defendant submits the affidavit of Adam Goldstein, a Director of Business Operations of Gemini Trust Company, LLC together with the relevant user agreements. The Dispute Resolution provision of the User Agreement provides: "You agree and understand that any controversy, claim, or dispute arising out of or relating to this User Agreement or the breach thereof shall be settled solely and exclusively by binding arbitration held in New York, New York, administered by JAMS and conducted in English, rather than in court." As such, it is hereby

      ORDERED that defendant's motion to compel arbitration and to stay this action is granted, without opposition; and it is further

652075/2021   CICERON, FRANTZ vs. GEMINI TRUST COMPANY, LLC.                    Page 1 of 2
Motion No.  001

1 of 2

ORDERED that plaintiff Frantz Ciceron shall arbitrate his claims against defendant Gemini Trust Company, LLC in accordance with the user agreement; and it is further

ORDERED that all proceedings in this action are hereby stayed, except for an application to vacate or modify said stay; and it is further

ORDERED that either party may make an application by order to show cause to vacate or modify this stay upon the final determination of the arbitration.

| 11/18/2021 | | | |
|---|---|---|---|
| **DATE** | | | **LAURENCE LOVE, J.S.C.** |
| CHECK ONE: | ☐ CASE DISPOSED | ☒ NON-FINAL DISPOSITION | |
| | ☒ GRANTED    ☐ DENIED | ☐ GRANTED IN PART | ☐ OTHER |
| APPLICATION: | ☐ SETTLE ORDER | ☐ SUBMIT ORDER | |
| CHECK IF APPROPRIATE: | ☐ INCLUDES TRANSFER/REASSIGN | ☐ FIDUCIARY APPOINTMENT | ☐ REFERENCE |

652075/2021   CICERON, FRANTZ vs. GEMINI TRUST COMPANY, LLC.
Motion No. 001

Page 2 of 2

2 of 2