# **EXHIBIT 3**

| | |
|---|---|
| **From:** | Gemini |
| **To:** | |
| **Subject:** | Your Annual User Agreement and Privacy Policy Notice |
| **Date:** | Thursday, December 15, 2022 6:26:35 PM |



Hello,

We are sending this annual notice to encourage you to carefully read our current User Agreement and Privacy Policy so that you understand the terms and conditions of our service. Our User Agreement has changed, including the Dispute Resolution provision.

If you have any questions or concerns, please visit our Help Center or send us a message at support@gemini.com.



Onward and Upward,

Team Gemini

Invite friends, get bitcoin. Refer a friend.

Learn More

Crypto on the go. Download the Gemini mobile app.