UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOBIAS MOELLER-BERTRAM, individually, and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>GEMINI TRUST COMPANY, LLC; and DIGITAL CURRENCY GROUP, INC.<br><br>     Defendants. | Case No. 1:23-cv-02027-LJL |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Hung G. Ta of the law firm HGT Law is authorized to practice in this court and hereby appears as counsel for Plaintiff Tobias Moeller-Bertram in the above-captioned action and requests that all papers in this action be served upon him at the address indicated below.

Dated: March 17, 2023
   New York, New York

                */s/ Hung G. Ta*
                Hung G. Ta
                HGT Law
                250 Park Avenue, 7th Floor
                New York, New York 10177
                Tel: (646) 453-7288
                Fax: (646) 453-7289
                Email: hta@hgtlaw.com

                *Attorney for Plaintiff*