UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOBIAS MOELLER-BERTRAM, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>GEMINI TRUST COMPANY, LLC; and DIGITAL CURRENCY GROUP, INC.<br><br>        Defendants. | Case No. 1:23-cv-02027-LJL |

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that JooYun Kim of the law firm HGT Law is authorized to practice in this court and hereby appears as counsel for Plaintiff Tobias Moeller-Bertram in the above-captioned action and requests that all papers in this action be served upon her at the address indicated below.

Dated: March 17, 2023
       New York, New York

                                      */s/ JooYun Kim*
                                      JooYun Kim
                                      HGT Law
                                      250 Park Avenue, 7th Floor
                                      New York, New York 10177
                                      Tel:   (646) 453-7288
                                      Fax:  (646) 453-7289
                                      Email: jooyun@hgtlaw.com

                                      *Attorney for Plaintiff*