**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TOBIAS MOELLER-BERTRAM, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>GEMINI TRUST COMPANY, LLC; and DIGITAL CURRENCY GROUP, INC.<br><br>    Defendants. | Case No. 1:23-cv-02027<br><br>Hon. Lewis J. Liman |

## NOTICE OF MOTION TO REMAND TO STATE COURT

PLEASE TAKE NOTICE that, upon the accomanying memorandum of law and the declaration of JooYun Kim, dated April 7, 2023 with exhibits attached thereto, Plaintiff Tobais Moeller-Bertram, by and through his undersigned counsel, will move this Court before the Honorable Lewis J. Liman, at the United States Courthouse, 500 Pearl Street, New York, New York, 10001, for an Order, pursuant to 28 U.S.C. § 1447, remanding this case to the New York State Supreme Court, New York County, and for any further relief that the Court may deem just and proper.

DATED: April 7, 2023

                                            **HGT LAW**

                                            */s/ JooYun Kim*
Hung G. Ta, Esq.
JooYun Kim, Esq.
Natalia D. Williams, Esq.
250 Park Avenue, 7th Floor
New York, New York 10177
Tel:    (646) 453-7288
Fax:   (646) 453-7289
Email: hta@hgtlaw.com
         jooyun@hgtlaw.com
         natalia@hgtlaw.com

William R. Restis, Esq.
402 West Broadway, Suite 1520
San Diego, CA 92101
Tel: +1.619.270.8383
Email: william@restislaw.com

*Attorneys for Plaintiff and Proposed Class Counsel*