UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOBIAS MOELLER-BERTRAM, Individually and On Behalf of All Others Similarly Situated,<br><br>          *Plaintiff,*<br><br>  v.<br><br>GEMINI TRUST COMPANY, LLC, and DIGITAL CURRENCY GROUP, INC.,<br><br>          *Defendants.* | No. 23-cv-2027<br><br>Hon. Lewis J. Liman |

## NOTICE OF ADOPTION OF DIGITAL CURRENCY GROUP, INC.'S ARGUMENTS IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND TO STATE COURT

  PLEASE TAKE NOTICE that Defendant Gemini Trust Company, LLC ("Gemini") adopts the arguments made in Co-Defendant Digital Currency Group, Inc.'s ("DCG") Memorandum of Law in Opposition to Plaintiff's Motion to Remand to State Court.

Dated: New York, New York
   April 21, 2023

                  JFB LEGAL, PLLC

                  By /s/ John F. Baughman

                    John F. Baughman
                    Maryia Y. Jones
                    299 Broadway – Suite 1816
                    New York, NY 10007
                    (212) 548-3212

                  *Attorneys for Gemini Trust Company, LLC*