UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOBIAS MOELLER-BERTRAM, individually, and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>    v.<br><br>GEMINI TRUST COMPANY, LLC; and DIGITAL CURRENCY GROUP, INC.,<br><br>         Defendants. | Case No. 1:23-cv-02027<br><br>Hon. Lewis J. Liman |

## **NOTICE OF MOTION TO TRANSFER TO DISTRICT OF CONNECTICUT**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and the declaration of Caroline Zalka, dated May 23, 2023 with exhibits attached thereto, Defendant Digital Currency Group, Inc., by and through its undersigned counsel, will move this Court before the Honorable Lewis J. Liman, at the United States Courthouse, 500 Pearl Street, New York, New York, 10001, for an Order, pursuant to 28 U.S.C. § 1404(a), transferring this case to the United States District Court for the District of Connecticut, and for any further relief that the Court may deem just and proper.

Dated:   May 23, 2023

Respectfully Submitted,

**WEIL, GOTSHAL & MANGES LLP**

<u>/s/ *Jonathan D. Polkes*</u>
Jonathan D. Polkes
Caroline Hickey Zalka
Stefania D. Venezia
767 Fifth Avenue
New York, NY 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
jonathan.polkes@weil.com
caroline.zalka@weil.com
stefania.venezia@weil.com

*Attorneys for Defendant Digital Currency Group, Inc.*