**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TOBIAS MOELLER-BERTRAM, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>GEMINI TRUST COMPANY, LLC; and DIGITAL CURRENCY GROUP, INC.,<br><br>　　　　　　　　　　　Defendants. | Case No. 1:23-cv-02027<br><br>Hon. Lewis J. Liman |

## DECLARATION OF CAROLINE HICKEY ZALKA
## IN SUPPORT OF DIGITAL CURRENCY GROUP, INC.'S
## MOTION TO TRANSFER TO THE DISTRICT OF CONNECTICUT

I, Caroline Hickey Zalka, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner at the law firm Weil, Gotshal & Manges LLP, 767 5th Avenue, New York, New York 10177, counsel to Defendant Digital Currency Group, Inc. I submit this declaration in support of Digital Currency Group, Inc.'s Motion to Transfer to the District of Connecticut.

2. Attached hereto as Exhibit A is a true and correct copy of a securities class action complaint filed on January 23, 2023 in the United States District Court for the District of Connecticut, under the caption *McGreevy et al v. Digital Currency Group, Inc. et al*, 3:23-cv-00082-SRU (D. Conn.).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 23rd day of May 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Caroline Hickey Zalka*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Caroline Hickey Zalka