UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOBIAS MOELLER-BERTRAM, individually, and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>    v.<br><br>GEMINI TRUST COMPANY, LLC; and DIGITAL CURRENCY GROUP, INC.,<br><br>         Defendants. | Case No. 1:23-cv-02027<br><br>Hon.  Lewis J. Liman |

### DECLARATION OF CAROLINE HICKEY ZALKA IN SUPPORT OF DIGITAL CURRENCY GROUP, INC.'S REPLY IN SUPPORT OF ITS MOTION TO TRANSFER TO THE DISTRICT OF CONNECTICUT

I, Caroline Hickey Zalka, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner at the law firm Weil, Gotshal & Manges LLP, 767 5th Avenue, New York, New York 10153, counsel to Defendant Digital Currency Group, Inc. I submit this declaration in further support of Digital Currency Group, Inc.'s Motion to Transfer to the District of Connecticut.

2. Attached hereto as Exhibit A is a true and correct copy of a securities class action amended complaint filed on March 17, 2023 in the United States District Court for the Southern District of New York, under the caption *Picha et. al v. Gemini Trust Company, LLC et. al*, 1:22-cv-10922-NRB (S.D.N.Y.).

3. Attached hereto as Exhibit B is a true and correct copy of the Master Digital Asset Loan Agreement executed between Genesis Global Capital, LLC, Gemini Trust Company, LLC, and Gemini Earn Program investors.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 13th day of June 2023.

*/s/ Caroline Hickey Zalka*
Caroline Hickey Zalka
