UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOBIAS MOELLER-BERTRAM, individually, and on behalf of all others similarly situated,<br><br>        *Plaintiff,*<br><br>  v.<br><br>GEMINI TRUST COMPANY, LLC; and DIGITAL CURRENCY GROUP, INC.<br><br>        *Defendant.* | No. 23-cv-2027 |

### NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

TO: The Clerk of Court and All Counsel of Record

PLEASE TAKE NOTICE that the law firm of JFB LEGAL, PLLC has changed its name to BAUGHMAN KROUP BOSSE PLLC. Additionally, the mailing address for the New York office has changed. Updated information is as follows:

| | |
|---|---|
| BAUGHMAN KROUP BOSSE PLLC<br>One Liberty Plaza – 46th Floor<br>New York, NY 10006<br>(212) 548-3212 | BAUGHMAN KROUP BOSSE PLLC<br>500 East Main St. – Suite 1400<br>Norfolk, VA 23510<br>(757) 904-5373 |

Dated: New York, New York
   January 3, 2024

                  BAUGHMAN KROUP BOSSE PLLC

                  By */s/ John F. Baughman*

                    John F. Baughman
                    (jbaughman@bkbfirm.com)
                    Maryia Jones
                    (mjones@bkbfirm.com)
                    One Liberty Plaza – 46th Floor
                    New York, NY 10006
                    (212) 548-3212

                  *Attorneys for Gemini Trust Company, LLC*