UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOBIAS MOELLER-BERTRAM, individually, and on behalf of all others similarly situated,<br><br>        *Plaintiff*,<br><br>  v.<br><br>GEMINI TRUST COMPANY, LLC; and DIGITAL CURRENCY GROUP, INC.,<br><br>        *Defendants*. | Case No. 1:23-cv-02027-LJL [rel. 23-06864]<br><br>Hon. Lewis J. Liman |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND PROPOSED ORDER

Counsel for Defendant Digital Currency Group, Inc. ("DCG") respectfully withdraw the appearance of Dylan L. Ruffi ("Mr. Ruffi") in the above-captioned matter because he is no longer affiliated with the law firm Weil, Gotshal & Manges, LLP. Counsel further request that Mr. Ruffi's name be removed or marked withdrawn from the case docket, that the Clerk terminate the delivery of all Notices of Electronic Filings addressed to dylan.ruffi@weil.com and that Mr. Ruffi's name be removed from any applicable service lists. No other attorney is withdrawing his or her appearance by this notice. Weil, Gotshal & Manges, LLP remains counsel to DCG.

Dated: March 6, 2024
New York, New York

Respectfully Submitted,

/s/ *Caroline Hickey Zalka*
Jonathan D. Polkes
Caroline Hickey Zalka
Jessica L. Falk
Stefania D. Venezia
Nicole E. Prunetti
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
jonathan.polkes@weil.com
caroline.zalka@weil.com
jessica.falk@weil.com
stefania.venezia@weil.com
nicole.prunetti@weil.com

*Attorneys for Defendant Digital Currency Group, Inc.*

SO ORDERED:

_____
Hon. Lewis J. Liman
United States District Judge
Dated: _____March 7_____, 2024