UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOBIAS MOELLER-BERTRAM, Individually and On Behalf of All Others Similarly Situated,<br><br>                              *Plaintiff,*<br><br>                  v.<br><br>GEMINI TRUST COMPANY, LLC, and DIGITAL CURRENCY GROUP, INC.,<br><br>                             *Defendants.* | No. 23-cv-2027<br><br>Hon. Lewis J. Liman<br><br>**[PROPOSED] STIPULATION AND ORDER GRANTING GEMINI'S MOTION TO COMPEL ARBITRATION AND STAYING CLAIMS AGAINST GEMINI PENDING ARBITRATION** |

       The undersigned counsel, on behalf of their respective clients, hereby stipulate and agree as follows, subject to the Court's approval:

       1.      On March 16, 2023, Defendant Gemini Trust Company, LLC ("Gemini") filed a motion to compel arbitration (the "Motion to Compel Arbitration") in this action.

       2.      Gemini's Motion to Compel Arbitration and stay this case pending the outcome of the arbitration is GRANTED.

       3.      Plaintiff's claims against Gemini are STAYED pending the outcome of arbitration.

       4.      The Clerk of Court is directed to terminate Gemini's Motion to Compel Arbitration [ECF Nos. 14-15] and STAY the action against Gemini.

       5.      Nothing in this Order shall affect or stay Plaintiff's outstanding claims against Defendant Digital Currency Group, Inc.

Dated: New York, New York
      April 23, 2024

| | |
|---|---|
| BAUGHMAN KROUP BOSSE PLLC | HGT LAW |
| By */s/ John F. Baughman* <br>    John F. Baughman <br>    Maryia Y. Jones <br>    One Liberty Plaza – 46th Floor <br>    New York, NY 10006 <br>    (212) 548-3212 | By */s/ JooYun Kim* <br>    Hung G. Ta, Esq. <br>    JooYun Kim, Esq. <br>    Natalia D. Williams, Esq. <br>    250 Park Avenue, 7th Floor <br>    New York, NY 10177 <br>    (646) 453-7288 |
| *Attorneys for Defendant Gemini Trust Company, LLC* |    William R. Restis, Esq. <br>    402 W Broadway – Suite 1520 <br>    San Diego, CA 92101 <br>    (619) 270-8383 |
| | *Attorneys for Plaintiff Tobias Moeller-Bertram* |

Dated: _____, 2024.

                                          SO ORDERED.

                                          _____
                                                LEWIS J. LIMAN
                                        United States District Judge