UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOBIAS MOELLER-BERTRAM, Individually and On Behalf of All Others Similarly Situated,<br><br>        *Plaintiff,*<br><br>v.<br><br>GEMINI TRUST COMPANY, LLC, and DIGITAL CURRENCY GROUP, INC.,<br><br>        *Defendants.* | No. 23-cv-2027<br><br>Hon. Lewis J. Liman<br><br>**STIPULATION AND ORDER GRANTING GEMINI'S MOTION TO COMPEL ARBITRATION AND STAYING CLAIMS AGAINST GEMINI PENDING ARBITRATION** |

   The undersigned counsel, on behalf of their respective clients, hereby stipulate and agree as follows, subject to the Court's approval:

   1. On March 16, 2023, Defendant Gemini Trust Company, LLC ("Gemini") filed a motion to compel arbitration (the "Motion to Compel Arbitration") in this action.

   2. Gemini's Motion to Compel Arbitration and stay this case pending the outcome of the arbitration is GRANTED.

   3. Plaintiff's claims against Gemini are STAYED pending the outcome of arbitration.

   4. The Clerk of Court is directed to terminate Gemini's Motion to Compel Arbitration [ECF Nos. 14-15] and STAY the action against Gemini.

   5. Nothing in this Order shall affect or stay Plaintiff's outstanding claims against Defendant Digital Currency Group, Inc.

Dated: New York, New York
       April 23, 2024

BAUGHMAN KROUP BOSSE PLLC

By */s/ John F. Baughman*
   John F. Baughman
   Maryia Y. Jones
   One Liberty Plaza – 46th Floor
   New York, NY 10006
   (212) 548-3212

*Attorneys for Defendant Gemini Trust Company, LLC*

HGT LAW

By */s/ JooYun Kim*
   Hung G. Ta, Esq.
   JooYun Kim, Esq.
   Natalia D. Williams, Esq.
   250 Park Avenue, 7th Floor
   New York, NY 10177
   (646) 453-7288

   William R. Restis, Esq.
   402 W Broadway – Suite 1520
   San Diego, CA 92101
   (619) 270-8383

*Attorneys for Plaintiff Tobias Moeller-Bertram*

Dated: _____April 24\_\_ , 2024.

SO ORDERED.

_____
LEWIS J. LIMAN
United States District Judge