> The parties shall file a letter informing the Court of the status of the arbitration on August 30, 2024 and every 90 days thereafter and within two weeks of the issuance of an arbitral award or the conclusion of the arbitral proceedings. The Clerk of Court is respectfully directed to close Dkt. No. 44.
>
> DATE: April 24, 2024
>
> SO ORDERED.
>
> /s/ Lewis J. Liman
> LEWIS J. LIMAN
> United States District Judge

April 24, 2024

**VIA ECF**

The Honorable Lewis J. Liman
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan, U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *Tobias Moeller-Bertram v. Gemini Trust Co., LLC, et al.*,
No. 1:23-cv-02027

Dear Judge Liman:

In response to the Court's April 16, 2024 Order, counsel for Plaintiff Tobias Moeller-Bertram ("Plaintiff") and counsel for Defendant Gemini Trust Co., LLC ("Gemini") conferred by telephone on April 23, 2024 and now respectfully submit this joint letter motion and the accompanying proposed stipulation and order requesting that the Court grant Gemini's outstanding Motion to Compel Arbitration (ECF Nos. 14-15) and stay Plaintiff's action against Gemini pending the outcome of the arbitration proceedings. Both Gemini and Plaintiff consent to the relief in the proposed stipulation and order. No relief is being sought in this letter motion as to Plaintiff's claims against the other defendant, Digital Currency Group, Inc.

Accordingly, the undersigned counsel for Plaintiff and Gemini respectfully request that the Court enter their proposed order as set forth in <u>Exhibit A</u>, attached hereto.

Respectfully submitted:

| | |
|---|---|
| */s/ Hung G. Ta* | */s/ John F. Baughman* |
| HGT LAW | BAUGHMAN KROUP BOSSE PLLC |
| Hung G. Ta, Esq. | John F. Baughman |
| JooYun Kim, Esq. | Maryia Y. Jones |
| 250 Park Avenue, 7th Floor | One Liberty Plaza – 46th Floor |
| New York, New York 10177 | New York, NY 10006 |
| Tel: (646) 453-7288 | Telephone: (212) 548-3212 |
| Fax: (646) 453-7289 | Facsimile: (212) 310-8007 |
| hta@hgtlaw.com | jbaughman@jfblegal.com |
| jooyun@hgtlaw.com | mjones@jfblegal.com |
| | |
| *Attorneys for Plaintiff Tobias Moeller-Bertram* | *Attorneys for Defendant Gemini Trust Company, LLC* |